PEOPLE ex rel. TROY GAS CO. v. STATE BOARD OF TAX COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against the State Board of Tax Commissioners and another. No opinion. Decision heretofore made amended, so as to

provide that the costs therein granted shall be granted to the city of Troy; otherwise, motion denied.